IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:11-CR-12-H-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MAMOUN HASAH WSHAH, | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's motion (D.E. 70) to modify the Order Setting Conditions of Release ("Release Order") (D.E. 59). The government and defendant's U.S. Probation Officer have no objection to defendant's request. For good cause shown, IT IS ORDERED as follows:

1. Defendant's motion is GRANTED.

2. Defendant shall no longer be subject to a curfew as set forth in ¶ 8(s)(i) of the Release Order.

3. Defendant shall no longer be required to submit to location monitoring as set forth in ¶ 8(t) of the Release Order.

4. Except as modified herein, all provisions of the Release Order remain in full force and effect.

This, the 22nd day of March 2011.

James E. Gates
United States Magistrate Judge