IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CR-12-1H2
NO. 4:11-CR-12-2H2
NO. 4:11-CR-12-3H2
NO. 4:11-CR-12-4H2
NO. 4:11-CR-12-5H2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NABIL NAFIZ MUSTAFA | ) | **ORDER** |
| EMAD HASAN TAWFIQ WSHAH | ) | |
| MAMOUN HASAH WSHAH | ) | |
| SOBHI SULIEMAN SHEHADEH | ) | |
|    a/k/a "Jacob" | ) | |
|    a/k/a "Sam" | ) | |
| OMAR M. NIJIM | ) | |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the Ex Parte Order dated February 24, 2011, the Motion to Seal, and the Order approving previously sealed in this matter be unsealed.

SO ORDERED. This 22nd day of March, 2011.

_____
MALCOLM J. HOWARD
Senior United States District Judge