IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CR-12-3H2

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | **JUDGMENT** |
| v. | : | |
| | : | |
| MAMOUN HASAH WSHAH | : | |

Pursuant to the Preliminary Order of Forfeiture entered by the Court on April 8, 2011, judgment is hereby entered against defendant, Mamoun Hasan Wshah, in the amount of $2,463,529.80. Post-judgment interest shall accrue at the rate of .27%.

This 13th day of April, 2011.

_____
DENNIS P. IAVARONE
Clerk
U. S. District Court