UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Criminal No. 4:11-CR-12-3H
Civil No. 4:17-CV-181-H

MAMOUN HASAH WSHAH, )
)
    Petitioner, )
)
v. ) ORDER
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 10th day of January, 2018.

                                            MALCOLM J. HOWARD
                                            SENIOR UNITED STATES DISTRICT JUDGE